804 A.2d 1168

IN THE MATTER OF WILLIAM C. BRUMMELL,
AN ATTORNEY AT LAW.

September 6, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–407, concluding that **WILLIAM C. BRUMMELL** of **EAST ORANGE,** who was admitted to the bar of this State in 1970, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client) and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to submit proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **WILLIAM C. BRUMMELL** is hereby reprimanded; and it is further

ORDERED that **WILLIAM C. BRUMMELL** shall submit to the Office of Attorney Ethics within ninety days of the filing date of this Order proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.